No. 1200. HELLER *v.* COMMISSIONER OF INTERNAL REVENUE. May 28, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Sidney M. Ehrman* for petitioner. *Assistant Solicitor General Cox, Assistant Attorney General Samuel O. Clark, Jr., Messrs. Sewall Key, J. Louis Monarch* and *Harold C. Wilkenfeld* for respondent.

No. 1210. TAMESA *v.* UNITED STATES. May 28, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit denied. *Mr. A. L. Wirin* for petitioner. *Assistant Solicitor General Cox, Assistant Attorney General Tom C. Clark, Messrs. Robert S. Erdahl* and *Irving S. Shapiro* for the United States.

No. 1222. ALSOP ET AL. *v.* PASCUCCI. May 28, 1945. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Messrs. Thomas M. Baker* and *Milton Conn* for petitioners. *Messrs. David A. Hart* and *George C. Gertman* for respondent.

No. 1225. APPROVED DEHYDRATING CO., INC. *v.* GOLDEN EAGLE FARM PRODUCTS, INC. May 28, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. J. Bertram Wegman* for petitioner. *Mr. Maurice Rubinger* for respondent.

No. 1208. MAYS *v.* BURGESS ET AL. May 28, 1945. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. MR. JUS-